UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| OSCAR SAPIEN; ROSAURA SAPIEN;<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NDEX WEST, LLC, WORLD SAVING BANKS, FSB; and Does 1-45, inclusive;<br><br>Defendants. | CASE NO.: 5:16-cv-02602-JGB-KK<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Jesus G. Bernal*] |

On April 13, 2017, the Court entered an Order granting the Motion to Dismiss the First Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "World Saving Banks, FSB") dismissing the First Amended Complaint in its entirety, without leave to amend and with prejudice.

/ / /

/ / /

/ / /

/ / /

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The First Amended Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "World Saving Banks, FSB"); and

3. Plaintiffs, Oscar Sapien and Rosaura Sapien will recover nothing in this action from defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo") (erroneously sued separately as "World Saving Banks, FSB").

DATED: April 21, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE